Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

JUAN MENDEZ (AND WIFE, KAREEN MENDEZ),

                    Plaintiff(s),

   -against-

BANKERS TRUST COMPANY, *et al.*,

                    Defendant(s).
------------------------------------------------------------X

Index No.: 07-CV-01664

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

     PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 4, 2007

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    GENERAL REINSURANCE CORP. i/s/h/a
                                    GENERAL RE SERVICES CORP.

                                    By: _____
                                      Richard E. Leff (RL-2123)
                                      80 Broad Street, 23rd Floor
                                      New York, New York 10004
                                      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel